UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80669-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVANGELOS LENA, et al.,                              O R D E R

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants Evangelos Lena and Joanne Lena's Motion For Summary Judgment (DE 78). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 57), Pre-trial Conference in the above-styled cause was set for January 4, 2008. In said Order, the Court set the deadline for filing dispositive motions at sixty (60) days before Pre-trial Conference. Id. Thus, the period to file such a motion ended on November 5, 2007. Although the Court re-set Pre-trial Conference for February 15, 2008, the Court did not extend the deadline for filing dispositive motions. Despite this deadline, Defendants filed the instant Motion (DE 78) on January 8, 2008.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants Evangelos Lena and Joanne Lena's Motion For Summary Judgment (DE 78) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _10th_ day of January, 2008.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

Rachael A. Kamons, Esq.
For Plaintiff

Evangelos Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411