```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 05-80669-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                                    **O R D E R**

EVENGELOS LENA, JOANNE LENA,
THE A.J.L. TRUST, CHRIS
KACHOUROFF, AS TRUSTEE OF THE
A.J.L. TRUST, and CITIMORTGAGE,
INC.,

      Defendants.
_____/

     THIS MATTER is before the Court upon Plaintiff United States of America's Unopposed Motion To Strike "David Eye As Former Trustee Of A.J.L. Trust Answer To Amended Complaint" (DE 109). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

     Plaintiff United States of America filed an Amended Complaint (DE 96) on February 15, 2008. On March 7, 2008, David Eye filed an Answer (DE 107) on behalf of A.J.L. Trust. Said Answer was filed pro se by David Eye as the former Trustee of A.J.L. Trust, and as of the date of this Order, no attorney has made an appearance on behalf of Defendant A.J.L. Trust. Furthermore, David Eye resigned as Trustee of Defendant A.J.L. Trust on April 26, 2007. See DE 70, Ex. 6. By prior Order (DE 76), the Court found that a trust cannot appear pro se, and thus it must be represented by licensed counsel. Therefore, David Eye did not have the authority to file said Answer

(DE 107) on behalf of the A.J.L. Trust.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff United States of America's Unopposed Motion To Strike "David Eye As Former Trustee Of A.J.L. Trust Answer To Amended Complaint" (DE 109) be and the same is hereby **GRANTED**; and

2. That the Answer To Amended Complaint (DE 107), filed by David Eye as former Trustee of A.J.L. Trust, be and the same is hereby **STRICKEN.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of April, 2008.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

Rachael A. Kamons, Esq.
For Plaintiff

Evangelos Lena, Pro Se
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, Pro Se
217 Bilbao Street
West Palm Beach, FL 33411