UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80669-CIV-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                              **OMNIBUS ORDER**

EVENGELOS LENA, et al.,

      Defendants.
_____/

      THIS MATTER is before the Court upon Plaintiff United States of America's Partially Agreed Motion To Extend Time To File Motion For Entry Of Decree Of Foreclosure And Order Of Sale (DE 118) and Plaintiff United States of America's Motion For Leave To Serve Chris Angelo Lena And Theodore A. Lena With Summons And Amended Complaint (DE 119). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. That Plaintiff United States of America's Partially Agreed Motion To Extend Time To File Motion For Entry Of Decree Of Foreclosure And Order Of Sale (DE 118) be and the same is hereby **GRANTED**;

      2. On or before <u>noon</u> on <u>Friday, August 22, 2008</u>, Plaintiff United States of America shall file its Motion For Entry Of Decree Of Foreclosure And Order Of Sale;

      3. Plaintiff United States of America's Motion For Leave To Serve Chris Angelo Lena And Theodore A. Lena With Summons And

Amended Complaint (DE 119) be and the same is hereby **GRANTED**; and

4. The Court hereby re-opens discovery in the above-styled cause until noon on Friday, August 22, 2008, for the limited purpose of Plaintiff ascertaining the dwelling(s) or usual place(s) of abode of Chris Angelo Lena and Theodore A. Lena.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Rachael A. Kamons, Esq.
For Plaintiff

Evangelos Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411