UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80669-CIV-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                          **FINAL JUDGMENT**

EVENGELOS LENA, et al.,

      Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff United States of America's Motion For Entry Of Final Judgment (DE 117). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** Plaintiff United States of America's Motion For Entry Of Final Judgment (DE 117) be and the same is hereby **GRANTED** as follows:

    1. Final Judgment be and the same is hereby entered in favor of Plaintiff United States of America and against Defendants Evangelos Lena and Joanne Lena. Defendants Evangelos Lena and Joanne Lena are indebted to the United States for their assessed and unpaid 1991 and 1992 federal income taxes, interest, and statutory additions in the amount of $110,570.78 plus interest under 28 U.S.C. § 1961(c) and statutory additions according to law from June 25, 2008, until the judgment is paid;

    2. Defendant Evangelos Lena is indebted to the United States for his assessed and unpaid 1993 federal income taxes, interest, and statutory additions in the amount of $2,492.57 plus interest

under 28 U.S.C. § 1961(c) and statutory additions according to law from June 25, 2008, until the judgment is paid;

    3. The A.J.L. Trust is a nominee of Defendants Evangelos Lena and Joanne Lena, who are the true and beneficial owners of the property located at 217 Bilbao Street, West Palm Beach, Florida, 33411 (hereinafter "Property");

    4. The federal tax liens for Evangelos Lena and Joanne Lena's unpaid 1991 and 1992 federal income taxes and Evangelos Lena's unpaid 1993 federal income taxes, notices of which were filed in the Palm Beach County, Florida public records, are valid, attach to the Property, and may be foreclosed; and

    5. Defendants Evangelos Lena and Joanne Lena shall pay to the United States $19,781.05 for the court costs and reasonable attorneys fees incurred by the United States in its prosecution of this action, for all of which let execution enter.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _9th_ day of July, 2008.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

See Attached Mailing List

UNITED STATES OF AMERICA VS. EVANGELOS LENA, ET AL.
CASE NO. 05-80669-CIV-ZLOCH

Rachael A. Kamons, Esq.
Trial Attorney, Tax Division, U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044

Gary F. Griffin, Property Appraisal and Liquidation Specialist
Internal Revenue Service
227 N. Bronough Street, Room 1019
Tallahassee, FL 32301

Evangelos Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, pro se
217 Bilbao Street
West Palm Beach, FL 33411

Chris Angelo Lena
217 Bilbao Street
West Palm Beach, FL 33411

Theodore A. Lena
217 Bilbao Street
West Palm Beach, FL 33411

A.J.L. Trust, c/o David Eye
10024 NW 4th Street, Plantation, FL 33324

Christopher I. Kachouroff, Esq.
12741 Darby Brooke Court, Suite 202
Lake Ridge, VA 22192

Trevor G. Hawes, Esq.
1805 Copeland Street
Jacksonville, FL 32204