```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 05-80669-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                                **FINAL JUDGMENT**

EVANGELOS LENA, et al.,

    Defendants.

_____/

THIS MATTER is before the Court upon Plaintiff United States of America's Motion For Summary Judgment Against Theodore A. Lena and Chris Angelo Lena (DE 142). For the reasons expressed in this Court's Order disposing of said Motion, entered separately, and pursuant to Federal Rules of Civil Procedure 56 and 58, it is

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff United States of America and against Defendants Theodore A. Lena and Chris Angelo Lena as follows:

1. Defendants Theodore A. Lena and Chris Angelo Lena hold no right, title, or interest in the real property located at 217 Bilbao Street, Royal Palm Beach, Florida, described as follows:

> Lot 49, Blk K, LaMancha Subdivision, Royal Palm Beach, Palm Beach County as recorded in volume 5656, Page 1466 and plat book 29, page 165 Palm Beach County (hereinafter "Property"); and

2. Plaintiff holds a lien for the total sum set forth in the Court's prior Judgment (DE 121) superior to any claim or estate of the Defendants, except the claim of CitiMortgage, Inc. as noted in a prior Stipulation (DE 21), on the Property;

3. If the total sum with interest at the rate described by prior Order (DE 121) and all costs accrued subsequent to this Judgment are not paid forthwith to the Plaintiff by <u>noon</u> on <u>Wednesday, June 17, 2009</u>, pursuant to 28 U.S.C. §§ 2001, 2002, the Property shall be sold to the highest and best bidder for cash, at public outcry, at the time, date and place in Palm Beach County, Florida, as designated by the United States Marshal for this District, or his duly authorized deputy, free and clear of any right, title, and interest of the Defendants herein or any and all persons, firms and corporations claiming by, through, under or against said Defendants, at a sale to be held by the United States Marshal for this District, or his duly authorized deputy, who is to report his acts and doings in that behalf to this Court.  The United States Marshal, or his duly authorized deputy is directed to publish a notice of sale, describing the property to be sold, once a week for four (4) consecutive weeks immediately prior to sale, in a newspaper of general circulation in Palm Beach County, Florida. The sale shall be made to the highest and best bidder for cash, subject to the right reserved to Plaintiff to bid on the Property and apply its bid to the indebtedness due it as hereinabove set forth;

4. That upon receipt of the purchase price bid at such sale,

the United States Marshal, or his authorized deputy, shall make a report of the sale to this Court for confirmation. Upon such confirmation the Marshal is directed to make and execute a good and sufficient Marshal's Deed conveying the Property to the purchaser or purchasers thereof;

5. From the proceeds arising from the sale of the Property, the Marshal shall retain his fees and costs incurred in connection with said sale and shall pay over the remainder of the proceeds as follows:

a. Payment shall be made to CitiMortgage, Inc. in full satisfaction of the outstanding balance of its mortgage on the Property, recorded by CitiMortgage's predecessor in interest, Royal Palm Savings Bank, in the Palm Beach County public records at Book 5656 Page 1467-74;

b. Payment shall then be made to Plaintiff United States of America in full satisfaction of the Court's prior Judgment (DE 121), and to the extent it is not satisfied in full after the distribution of proceeds from the sale of the Property, a deficiency judgment shall arise in favor of Plaintiff for the remaining amount;

c. Any and all remaining proceeds shall be distributed to Evangelos and Joanne Lena;

6. Upon confirmation of sale, the Defendants and all persons claiming by, through, under or against said Defendants, shall stand

forever barred and foreclosed of all right, title and interest of whatever kind or character, in and to the Property, and the purchaser shall be entitled to immediate possession of the Property;

7. This Court retains jurisdiction of this action to make further Orders that are proper including but not limited to an Order confirming sale; and

8. All pending Motions not otherwise disposed of herein are hereby **DENIED** as moot; and

9. The Clerk of this Court is **DIRECTED** to mark the above-styled cause as closed for statistical purposes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of June, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Rachael A. Kamons, Esq.
Trial Attorney, Tax Division, U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044

Gary F. Griffin, Property Appraisal and Liquidation Specialist
Internal Revenue Service
227 N. Bronough Street, Room 1019
Tallahassee, FL 32301

Evangelos Lena, <u>pro</u> <u>se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, <u>pro</u> <u>se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Chris Angelo Lena, <u>pro</u> <u>se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Theodore A. Lena, <u>pro</u> <u>se</u>
217 Bilbao Street
West Palm Beach, FL 33411

A.J.L. Trust, c/o David Eye
10024 NW 4th Street
Plantation, FL 33324

Christopher I. Kachouroff, Esq.
9119 Church Street
Manssas, VA 20110

Trevor G. Hawes, Esq.
4686 Sunbeam Road
Jacksonville, FL 32257