UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80669-CIV-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.
                                        **AMENDED FINAL JUDGMENT**

EVANGELOS LENA, et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff United States of America's Motion To Amend Final Judgment Of June 3, 2009 (DE 154). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Plaintiff has filed the instant Motion to amend the Court's prior Order (DE 153), because it seeks to have the Internal Revenue Service conduct the sale of the property at issue. No objection has been made, and Plaintiff's request is reasonable in all regards. Therefore, the Court's prior Order (DE 153) will be vacated and this Order shall will replace it as the operative Order resolving Judgment entered upon Plaintiff's Motion For Summary Judgment Against Theodore A. Lena and Chris Angelo Lena (DE 142). For the reasons expressed in this Court's Order (DE 152) disposing of said Motion, entered separately, and pursuant to Federal Rules of Civil Procedure 56 and 58, it is

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil

Procedure 60, the Court's prior Order (DE 153) be and the same is hereby **VACATED**, set aside, and of no further force and effect, and that Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff United States of America and against Defendants Theodore A. Lena and Chris Angelo Lena as follows:

1. Defendants Theodore A. Lena and Chris Angelo Lena hold no right, title, or interest in the real property located at 217 Bilbao Street, Royal Palm Beach, Florida, described as follows:

> Lot 49, Blk K, LaMancha Subdivision, Royal Palm Beach, Palm Beach County as recorded in volume 5656, Page 1466 and plat book 29, page 165 Palm Beach County (hereinafter "Property"); and

2. Plaintiff holds a lien for the total sum set forth in the Court's prior Judgment (DE 121) superior to any claim or estate of the Defendants, except the claim of CitiMortgage, Inc. as noted in a prior Stipulation (DE 21), on the Property;

3. If the total sum with interest at the rate described by prior Order (DE 121) and all costs accrued subsequent to this Judgment are not paid forthwith to the Plaintiff by <u>noon</u> on <u>Wednesday, July 15, 2009</u>, pursuant to 28 U.S.C. §§ 2001, 2002, the Property shall be sold to the highest and best bidder for cash, at public outcry, at the time, date and place in Palm Beach County, Florida, as designated by the IRS Property and Liquidation Specialists ("PALS"), free and clear of any right, title, and interest of the Defendants herein or any and all persons, firms and corporations claiming by, through, under or against said Defendants, at a sale to be held by PALS, which shall report its

acts and doings in that behalf to this Court. PALS is directed to publish a notice of sale, describing the property to be sold, once a week for four (4) consecutive weeks immediately prior to sale, in a newspaper of general circulation in Palm Beach County Florida. The sale shall be made to the highest and best bidder for cash, subject to the right reserved by Plaintiff to bid on the Property and apply its bid to the indebtedness due it as hereinabove set forth;

4. That upon receipt of the purchase price bid at such sale, PALS shall make a report of the sale to this Court for confirmation. Upon such confirmation PALS is directed to make and execute a good and sufficient deed conveying the Property to the purchaser or purchasers thereof;

5. From the proceeds arising from the sale of the Property, PALS shall retain its fees and costs incurred in connection with said sale and shall pay over the remainder of the proceeds as follows:

a. Payment shall be made to CitiMortgage, Inc. in full satisfaction of the outstanding balance of its mortgage on the Property, recorded by CitiMortgage's predecessor in interest, Royal Palm Savings Bank, in the Palm Beach County public records at Book 5656 Page 1467-74;

b. Payment shall then be made to Plaintiff United States of America in full satisfaction of the Court's prior Judgment (DE 121), and to the extent it is not satisfied in full after the distribution of proceeds from the sale of the Property, a

deficiency judgment shall arise in favor of Plaintiff for the remaining amount;

    c. Any and all remaining proceeds shall be distributed to Evangelos and Joanne Lena;

    6. Upon confirmation of sale, the Defendants and all persons claiming by, through, under or against said Defendants, shall stand forever barred and foreclosed of all right, title and interest of whatever kind or character, in and to the Property, and the purchaser shall be entitled to immediate possession of the Property;

    7. This Court retains jurisdiction of this action to make further Orders that are proper including but not limited to an Order confirming sale;

    8. All pending Motions not otherwise disposed of herein are hereby **DENIED** as moot; and

    9. The Clerk of this Court is **DIRECTED** to mark the above-styled cause as closed for statistical purposes.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_2nd\_\_\_ day of July, 2009.

                                          */s/ William J. Zloch*
                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

See Attached Mailing List

<u>United States v. Lena</u>, Case No. 05-80669-CIV-ZLOCH

Rachael A. Kamons, Esq.
Trial Attorney, Tax Division, U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044

Gary F. Griffin, Property Appraisal and Liquidation Specialist
Internal Revenue Service
227 N. Bronough Street, Room 1019
Tallahassee, FL 32301

Evangelos Lena, <u>pro se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Joanne Lena, <u>pro se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Chris Angelo Lena, <u>pro se</u>
217 Bilbao Street
West Palm Beach, FL 33411

Theodore A. Lena, <u>pro se</u>
217 Bilbao Street
West Palm Beach, FL 33411

A.J.L. Trust, c/o David Eye
10024 NW 4th Street, Plantation, FL 33324

Christopher I. Kachouroff, Esq.
9119 Church Street
Manssas, VA 20110

Trevor G. Hawes, Esq.
4686 Sunbeam Road
Jacksonville, FL 32257